IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| TEREZ WEST, JR., | ) |
| --- | --- |
| Plaintiff, | ) ) ) |
| vs. | ) ) No. 08 C 169 ) |
| CHICAGO POLICE OFFICERS BAUDILIO LOPEZ, JR, Star # 2360, MARK DARCY, Star # 4499, MARTIN TULLY, Star # 7817 Individually and as employee/agents of the CITY OF CHICAGO, a municipal Corporation, | ) JUDGE LINDBERG ) ) Magistrate Judge Mason ) ) ) ) |
| Defendants. | ) |

### AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, plaintiff, Terez West, Jr., by one of his attorneys, Jeffrey J. Neslund, and defendants, Baudilio Lopez, Jr., Mark Darcy and Martin Tully, by one of their attorneys, Julia S. Bruce, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of plaintiff, Terez West, Jr., against defendants, Baudilio Lopez, Jr., Mark Darcy and Martin Tully, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

| DATED : 3/26/2008<br><br>Julia S. Bruce<br>Assistant Corporation Counsel<br>30 North LaSalle Street, Suite 1400<br>Chicago, Illinois 60602<br>(312) 744-0451<br>Attorney No. 6273493 |  |